**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
DAVID GARCIA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>DAVID GARCIA,<br><br>DEFENDANT. | Case No.: 08-CR-00379 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE   SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER W. WANGER AND MARLON COBAR, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, DAVID GARCIA by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for August 31, 2009 be continued to September 14, 2009 at 9:00 a.m., or a date convenient to court and counsel.

   The defendant has requested a continuance of the sentencing in order to resolve personal-family matters prior to sentencing.

   I have contacted Assistant United States Attorney Marlon Cobar.  He has no objection to the continuance.

1 | Based upon the foregoing, I respectfully request that this matter be continued to
2 | September 14, 2009.
3 | The parties also agree that the delay resulting from the continuance shall be excluded in
4 | the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

7 | Dated: 08/27/2009        /s/ David A. Torres
                              DAVID A. TORRES
8 |                           Attorney for Defendant
                              AMEN AHMED ALI

10 |                          McGREGOR W. SCOTT
                              United States Attorney

12 | Dated: 08-27-2009        By /s/ Marlon Cobar
                              MARLON COBAR
                              Assistant U.S. Attorney

26 | IT IS SO ORDERED.

**Dated:   August 27, 2009**                              **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE